# Court of Appeals
# of the State of Georgia

ATLANTA,___June 10, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1497. FELIX JONES v. WILLIAM WHISSELL.**

Felix Jones filed a direct appeal of the trial court's order granting defendant William Whissell's motion to dismiss. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (citations and punctuation omitted). Under such circumstances, there must be "an express determination that there is no just reason for delay" under OCGA § 9-11-54 (b), or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections is followed, the appeal is premature and must be dismissed.

Here, the trial court's order dismissed defendant Whissell. However, the record shows that the trial court denied defendant Grady Memorial Hospital Corporation's motion to dismiss. Because the case remains pending in the trial court against at least one other defendant, the order Jones seeks to appeal is not a final judgment. To appeal that order, Jones was required to comply with the interlocutory appeal

procedure of OCGA § 5-6-34 (b). See *Johnson*, supra. Jones's failure to do so deprives this Court of jurisdiction. Whissell's motion to dismiss this appeal is hereby granted, and the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____06/10/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*